UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ARTURO MAGANA, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-431 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

### ORDER ON STIPULATION OF DISMISSAL

After considering the Parties' Stipulation of Dismissal, (Dkt. No. 15), the Court GRANTS the stipulation and DISMISSES Plaintiffs Arturo Magana and Rosa L. Magana's claims asserted against Defendant Allstate Vehicle and Property Insurance Company with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Court costs will be paid by the party incurring same.

SO ORDERED this 1st day of May, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge